UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA AARON ANDERSON,

    Defendants.
_____/

Case No. 2:14-cr-16-03

HON. R. ALLAN EDGAR

### ORDER OF DETENTION

Defendant appeared before the undersigned on June 11, 2014, on a warrant and indictment alleging one count of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and two counts of Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a).  Defendant was advised that the government filed a motion for detention and that the defendant had the right to a detention hearing.  Defendant was further advised that he could consult with his attorney before deciding whether or not to request a hearing.  Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  June 13, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge